UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80889-CIV-ZLOCH

COMPREHENSIVE HEALTH CARE
SYSTEMS, INC.,

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

VITAMINERALS VM/ORTHOPEDICS,
LTD., THE HYGENIC CORPORATION,
and JOHN DOES 1-12,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Plaintiff'S Notice of Voluntary Dismissal (DE 4). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff'S Notice of Voluntary Dismissal (DE 4) filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___15th___ day of June, 2016.

                                  WILLIAM J. ZLOCH
                                  United States District Judge

Copies furnished:

All Counsel of Record